AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.

ROBERT HANKARD

Case No. CCB-20-017

**SEALED**

*Defendant*

JAN 15 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Robert Hankard,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 - Conspiracy to Commit Offenses Against the United States
18 U.S.C. 241 - Conspiracy to Deprive Civil Rights
18 U.S.C. 1519 - Destruction, Alteration, or Falsification of Records in Federal Investigations
18 U.S.C. 1623 - False Declarations Before a Grand Jury

Date: 1/14/20

*Issuing officer's signature*

City and state:   Baltimore, Maryland

J. Mark Coulson U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/14/2020, and the person was arrested on *(date)* 01/15/2020
at *(city and state)* _____

Date: 01/15/2020

*Arresting officer's signature*

Jared Stern TFO
*Printed name and title*