# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * Criminal No. CCB-20-17 |
| ROBERT HANKARD | * |

*******

## ORDER

Upon consideration of the Defendant's Consent Motion to Modify the Order Setting Conditions of Release, and the Court finding good cause, it is this 26 Day of February, 2020, **ORDERED** that the Order Setting Conditions of Release be modified to allow th e Defendant to pick up and drop off his Uber ride share passengers in the surrounding States of Virginia, Delaware, Pennsylvania as well as the District of Columbia.

Judge J. MARK COULSON
U.S. MAGISTRATE

1