UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 1:20-cr-00017-CCB-1** |
| **ROBERT HANKARD,** ) | |
| ) | |

## STATUS REPORT

Pursuant to instructions from the Court, Robert Hankard, by and through undersigned counsel, submits this Status Report regarding various issues discussed during a status conference conducted on October 8, 2020.

Counsel is unfortunately still seeking to resolve a medical issue that will impact the setting of a motions schedule and other dates. Counsel anticipated having a path to resolve the issue by November 9, 2020 but needs additional time to do so. Counsel requests that the Court allow him to file a Status Report regarding the issues discussed during the October 8 status conference on November 12, 2020.

Respectfully submitted,


_____/s/_____
David Benowitz
Bar # 17672
Price Benowitz LLP
409 Seventh Street, NW. Suite 200
Washington, DC  20004
(202) 271-5249 (c)
(202) 664-1331 (f)
david@pricebenowitz.com

*Counsel for Robert Hankard*


### **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2020, I caused a true and correct copy of the foregoing Status Report to be delivered via CM/ECF to all parties in this matter.


_____/s/_____
David Benowitz

2