UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:20-cr-00017-CCB-1 |
| **ROBERT HANKARD,** ) | |
| ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SEALED MATERIAL

Counsel for defendant Robert Hankard respectfully moves this Court for an order to seal Defendant's Status Report. Defendant's Status Report contains personal health information. The sealing requested is necessary to ensure the privacy of this health information.

WHEREFORE, for the foregoing reasons, David Benowitz respectfully requests that this Court grant his Motion for Leave to Filed Sealed Material and order that Defendant's Status Report be sealed and entry on the public docket of the material contained in Defendant's Status Report be delayed until further order of this Court.

Respectfully submitted,

_____/s/_____
David Benowitz
Bar # 17672
Price Benowitz LLP
409 Seventh Street, NW. Suite 200
Washington, DC 20004
(202) 271-5249 (c)
(202) 664-1331 (f)
david@pricebenowitz.com

*Counsel for Robert Hankard*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of November 2020, I caused a true and correct copy of the foregoing Status Report to be delivered via CM/ECF to all parties in this matter.

                                          _____/s/_____
                                          David Benowitz