UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** ) ) ) **v.** ) ) **ROBERT HANKARD** ) ) ) | **Criminal No. 1:20-cr-17-CCB-1** |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND
### DEADLINE FOR FILING PRETRIAL MOTIONS

Defendant Robert Hankard, by and through undersigned counsel, respectfully moves this Honorable Court to extend the deadline for filing pretrial motions from April 2 to April 9, 2021.

1. In accordance with the pretrial scheduling order, Defendant's pretrial motions are due on March 26, 2021. *See* ECF 43.

2. Counsel's immediate family recently tested positive for COVID-19 and counsel requires additional time to make a final decision regarding the motions to be filed, and thus requests the deadline be extended to April 9, 2021.

3. Assistant United States Attorney Christopher Rigali does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Hankard respectfully requests that this Court grant this Motion and extend the time to file any pretrial motions from April 2 to April 9, 2021.

                      Respectfully submitted,

                      _____/s/_____
                      David Benowitz
                      Bar # 17672
                      *Counsel for Robert Hankard*
                      Price Benowitz LLP
                      409 Seventh Street, NW
                      Suite 200
                      Washington, DC  20004
                      (202) 271-5249
                      david@pricebenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Unopposed Motion to Extend Deadline for Filing Pretrial Motions has been served via ECF to Attorney Christopher M. Rigali, Assistant United States Attorney for the District of Maryland, 36 S. Charles St., 4th Floor, Baltimore, MD 21201, on this 2nd day of April 2021.

                      _____/s/_____
                      David Benowitz