UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | **Criminal No. 1:20-cr-17-CCB-1** |
| **ROBERT HANKARD** | ) ) ) ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Extend Deadline for Filing Pretrial Motions, it is hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED;** and it is hereby,

**FURTHER ORDERED**, that the deadline for filing pretrial motions is extended from April 2, 2021 to April 9, 2021.

 4/2/21                                              /S/                      
**DATE**                                  **CATHERINE C. BLAKE**
                                          **United States District Judge**