UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

September 10, 2021

MEMORANDUM TO COUNSEL

    Re:    *United States v. Robert Hankard*
             Criminal No. CCB-20-0017

Dear Counsel:

    This will confirm the results of our conference call this morning. At the defense request, for good cause and to preserve continuity of counsel, the 5-day jury trial of this case has been Postponed until February 14, 2022. The pretrial conference has been Postponed until January 21, 2022, at 9:00 a.m. in chambers. Any motions in limine, joint voir dire, and the government's proposed jury instructions are due at the pretrial conference. Copies also should be filed electronically, and a copy of the voir dire and instructions should be provided to our chambers email: MDD_CCBChambers@mdd.uscourts.gov in word form.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                  Sincerely yours,

                                                  /S/

                                                  Catherine C. Blake
                                                  United States District Judge