UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

February 1, 2022

MEMORANDUM TO COUNSEL

Re:  *United States v. Robert Hankard*
     Criminal No. CCB-20-0017

Dear Counsel:

I have reviewed the status report from Mr. Benowitz. It is not possible for me to push back the April 25th trial date in U.S. v. Tita, CCB-21-334, as I expect to be out of town from May 11-20, 2022. At present I have available the weeks of April 4, 11, and 18, 2022 (but I have a conflict with the April 4th date if trial goes forward in U.S. v. Ethan Glover, CCB-21-089), and I have the week of July 18, 2022, available (which is also a back-up date for Mr. Glover's trial).

I would appreciate it if government counsel could consult with both Mr. Benowitz and counsel in Mr. Glover's case and let me know if some agreement can be reached or if a conference call would be helpful.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge