UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

February 11, 2022

MEMORANDUM TO COUNSEL

    Re:    *United States v. Robert Hankard*
              Criminal No. CCB-20-0017

Dear Counsel:

      Regarding the schedule in this case, because Mr. Benowitz is not available in July but is available in April, and the conflicting trial (U.S. v. Glover) has been moved until July, this will confirm that the trial in this case is now set for April 4, 2022. Counsel will be contacted to set a date for the pretrial conference.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                          Sincerely yours,

                          /S/

                        Catherine C. Blake
                        United States District Judge