**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

March 3, 2022

MEMORANDUM TO COUNSEL

Re:   *United States v. Robert Hankard*
      <u>Criminal No. CCB-20-0017</u>

Dear Counsel:

      This will confirm the results of our conference in chambers today. The trial remains set to begin April 4, 2022, continuing through April 7th and resuming, if needed, on April 11, 2022. Counsel are requested to come to chambers at 9:00 a.m. the first day of trial so that jury selection may start promptly, following COVID procedures. I appreciate all parties' agreement that only vaccinated jurors will be seated. If jury selection needs to be moved to later in the week due to the number of trials set for that week, we will let you know promptly.

      Any additional objections or proposed changes to the proposed joint voir dire are due no later than March 24, 2022, as are a proposed verdict sheet and any defense objections to the government's proposed jury instructions.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

      Sincerely yours,

      /S/

      Catherine C. Blake
      United States District Judge