UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | Criminal No. 1:20-cr-17-CCB-1 |
| **ROBERT HANKARD** | ) ) ) ) | |

## ORDER

This Court having considered the Defendant's Consent Motion to Modify Conditions of Release, it is hereby,

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Hankard is permitted to travel to and from counsel's office at 409 7th Street, NW, Suite 200, Washington, DC, at any time until the trial in this matter is completed.

3/28/2022                                                    /s/
**DATE**                                                  **CATHERINE C. BLAKE**
                                                          **United States District Judge**