**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

April 27, 2022

MEMORANDUM TO COUNSEL

Re:  *United States v. Robert Hankard*
     <u>Criminal No. CCB-20-0017</u>

Dear Counsel:

     This will confirm the results of our conference call yesterday. Sentencing in this case is set for Thursday, July 28, 2022, at 9:00 a.m., with sentencing memoranda due two weeks in advance.

     Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                      Sincerely yours,

                                      /S/

                                      Catherine C. Blake
                                      United States District Judge